UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE WADE,
                Plaintiff,

- against -

JEWISH COMMUNITY COUNCIL OF GREATER CONEY ISLAND, CONCRETE SAFARIS, INC., DENISE SOSA, In Her Individual and Official Capacities, BRUNO MAYO, In His Individual and Official Capacities, KEMAR GREEN, In His Individual and Official Capacities, and MAC LEVINE, In Her Individual and Official Capacities,

                Defendants.

**ORDER**

23 Civ. 2269 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       It is hereby ORDERED that there shall be a conference in this matter on **Thursday, October 12, 2023 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
June 22, 2023

SO ORDERED.

_Paul Gardephe_
Paul G. Gardephe
United States District Judge