UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE WADE,

                Plaintiff,

- against -

JEWISH COMMUNITY COUNCIL OF GREATER CONEY ISLAND, CONCRETE SAFARIS, INC., DENISE SOSA, In Her Individual and Official Capacities, BRUNO MAYO, In His Individual and Official Capacities, KEMAR GREEN, In His Individual and Official Capacities, and MAC LEVINE, In Her Individual and Official Capacities,

                Defendants.

**ORDER**

23 Civ. 2269 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the deadline to complete all discovery is extended to **January 16, 2024**. The deadline to submit letters seeking permission to make post-discovery dispositive motions is extended to **January 26, 2024**. The deadline to submit opposition letters is extended **February 2, 2024**.

Dated: New York, New York
       November 16, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge