

Kaufman Dolowich, LLP
245 Main Street, Suite 330
White Plains, New York 10601
Telephone: 914.470.0001
www.KaufmanDolowich.com

**Jordan Sklar**
Email: jsklar@kaufmandolowich.com

April 17, 2024

Judge Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007
*Via PACER*

       Re:    **Wade v. Jewish Community Council of Greater Coney Island, et al.**
                  1:23-cv-2269 (PGC)

Dear Judge Gardephe:

      This office represents Defendant Concrete Safaris Inc. in the above-captioned action. We write on behalf of all parties to jointly request that the April 24, 2024 conference be adjourned *sine die*.

      Since the filing of the request for the conference, the parties have engaged in mediation and subsequent settlement discussions. We are pleased to advise that the matter has been resolved in principle and the parties are now finalizing the settlement.

      In addition, April 24, 2024 is Passover, a day that neither of the defense counsel would be able to attend on conference on.

      The parties, therefore, jointly request that the conference be held in abeyance so that the settlement can be completed. Once the settlement is completed, the parties anticipate filing a stipulation of dismissal.

      We thank the Court for its attention to this matter.

                                                         Respectfully submitted,

                                                         Jordan Sklar (JS3631)

cc:    All Counsel of Record
        *via PACER*

**MEMO ENDORSED**:  The application is granted. The conference scheduled for April 24, 2024, is adjourned <u>sine die</u>.  The parties will submit a joint status report by **May 8, 2024** if a stipulation of dismissal has not been filed by that time.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Date:  April 17, 2024