UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JACQUELINE WADE,

                              Plaintiff,

                -against-

JEWISH COMMUNITY COUNCIL OF GREATER
CONEY ISLAND; CONCRETE SAFARIS, INC.;
DENISE SOSA, In Her Individual and Official Capacities;
BRUNO MAYO, In His Individual and Official Capacities;
KEMAR GREEN, In His Individual and Official Capacities;
and MAC LEVINE, In Her Individual and Official Capacities;

                              Defendants.

------------------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

23-cv-02269

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and that all claims and cross-claims asserted and/or existing relative to the subject matter of this lawsuit, are dismissed with prejudice, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be signed in counterparts and a facsimile signature shall be deemed to be, and shall have the same force and effect as, an original signature.

_Alexandria Jean-Pierre_
Alexandria Jean-Pierre, Esq.
Phillips & Associates, Attorneys at Law, PLLC
*Attorneys for Plaintiff*
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431 Ext. 220
Dated: 3/8/24

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_Paul G. Gardephe_

Paul G. Gardephe, U.S.D.J.

Date: May 28, 2024

*[signature]*

Ira Sturm, Esq.
RAAB, STURM & GANCHROW, LLP
*Attorneys for*
JEWISH COMMUNITY COUNCIL OF
GREATER CONEY ISLAND;
DENISE SOSA, *In Her Individual and*
*Official Capacities;* BRUNO MAYO,
*In His Individual and Official Capacities;*
*and* KEMAR GREEN, *In His Individual*
*and Official Capacities*
2125 Center Avenue, Suite 100
Fort Lee, New Jersey 07024
(201) 292-0150
Dated: 5/8/24

*[signature]*

Jordan Sklar, Esq.
Kaufman Dolowich, LLP
*Attorneys for*
CONCRETE SAFARIS, INC. *and* MAC LEVINE,
*In Her Individual and Official Capacities*
245 Main Street, Ste. 330.
White Plains, NY 10601
(914) 470-0001
Dated: 4/18/24